EBSARY GYPSUM COMPANY, INC., Respondent, *v.* GEORGE H. A. RUBY, Appellant, Impleaded with Others.

(Submitted March 23, 1931; decided March 25, 1931.)

*Harlan W. Rippey* for motion.
*Francis S. Macomber* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files notice of appeal in the clerk's office and perfects the appeal within ten days and pays the respondent ten dollars costs.